

FILED

07/17/2026

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

TEGEST TESFAYE
(Plaintiff)

v.

Booz Allen Hamilton Inc. et al.
(Defendant)

)
)
)
)
)
)
)

Civil Action No. 1:26-CV-00309

**NOTICE OF WAIVER
OF ORAL ARGUMENT**

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7, TEGEST TESFAYE , who is the Plaintiff , hereby waives oral argument on Motion for Leave to file expanded memo of law and for a brief extension of time to respond to Defendant's motion to dismiss.

_____
(Party or Attorney Signature)

TEGEST TESFAYE
(Name Printed)

7047 Solomon Seal Ct
(Address)

Springfield, VA 22152
(Address)

tegestmelu@yahoo.co
(Address)

703-989-1318
(Telephone Number)