FILED

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

2026 SEP 16 P 1:57

TEGEST TESFAYE,
Plaintiff,

v.

BOOZ ALLEN HAMILTON INC., et al.,
Defendants.

Civil Action No. 1:26-cv-00309

**PLAINTIFF'S CONSOLIDATED MOTION FOR MANDATORY RECUSAL AND DISQUALIFICATION OF THE HONORABLE PATRICIA TOLLIVER GILES AND FORMAL PRESERVATION OF APPELLATE RIGHTS**

Plaintiff Tegest Tesfaye, proceeding pro se, respectfully moves this Court for the mandatory recusal and disqualification of the Honorable Patricia Toliver Giles from presiding over this 28-count civil rights, whistleblower, and employment action. This Motion is brought pursuant to 28 U.S.C. § 144, 28 U.S.C. §§ 455(a), 455(b)(1), and 455(b)(3), and the Due Process Clause of the Fifth Amendment to the United States Constitution.

As required by federal motion practice, Plaintiff's detailed factual grounds, surrounding institutional chronologies, and supporting legal authorities are set forth in the accompanying **Memorandum of Points and Authorities** filed concurrently herewith, which is incorporated into this Motion by reference. Plaintiff further gives formal notice that she explicitly preserves her absolute right to challenge all adverse docket-containment actions, summary denials, and the refusal of emergency protections for interlocutory or subsequent appellate review, as detailed in Section VI of the supporting Memorandum.

Concurrently with this Motion and Memorandum, Plaintiff has filed her separate, personal sworn affidavit detailing the facts and institutional convergence giving rise to this application, as strictly commanded by 28 U.S.C. § 144.

**WHEREFORE,** Plaintiff Tegest Tesfaye respectfully requests that this Court, under the direct administrative oversight, supervisory review, and enforcement authority of the Chief Judge of this District, enter an Order:

1. Granting the mandatory Recusal and Disqualification of the Honorable Patricia Toliver Giles pursuant to 28 U.S.C. §§ 144 and 455;

2. Directing the reassignment of this matter by the Chief Judge to a Senior District Judge within the Alexandria Division who has never presided on this case and possessing specialized expertise in complex cross-jurisdictional civil rights conspiracies, public-sector whistleblower dockets, and employment retaliation frameworks, and who is entirely insulated from local prosecutorial peer networks, as well as municipal and corporate player influence;

3. Staying any further rulings on the papers pending reassignment to prevent irreversible structural prejudice to the unrepresented Plaintiff, pursuant to the Court's inherent case-management authority and EDVA Local Civil Rule 7.

**MEET AND CONFER**

Plaintiff conferred with opposing counsel pursuant to Local Civil Rule 7(E) and provided a courtesy copy of the proposed recusal motion and supporting materials. Counsel responded that their respective clients oppose the motion

Dated: September 16, 2026

Respectfully submitted,

Tegest Tesfaye
*Pro Se Plaintiff*
7047 Solomon Seal Ct
Springfield, VA 22152
PH:703.989.5318| Email: tegestmelu@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 16th day of September, 2026, a true copy of the foregoing Motion for along with the Proposed\ Order, were served via the Court's CM/ECF system upon filing in person, which will send a notification of such filing to all counsel of record registered with the CM/ECF system.

Tegest Tesfaye
*Pro Se Plaintiff*

**DECLARATION OF NO ASSISTANCE FROM AN ATTORNEY**

Plaintiff hereby declares and certifies under penalty of perjury that she is proceeding completely *pro se* in this matter. No attorney has drafted, revised, or provided ghostwriting assistance for this filing or any accompanying documents. All submissions are entirely the independent work product of the self-represented Plaintiff.

Tegest Tesfaye
*Pro Se Plaintiff*