**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| TEGEST TESFAYE, | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Case No. 1:26-cv-309 (PTG/LRV) |
| BOOZ ALLEN HAMILTON INC., *et al.*, | ) | |
| *Defendants.* | ) | |

**ORDER**

This matter is before the Court on Plaintiff Tegest Tesfaye's Emergency Motion for an Expedited, In-Person Status Conference to Reschedule the Dismissal Motions Hearing ("Emergency Motion") (Dkt. 106), Defendant Fairfax County, Virginia's Motions to Dismiss (Dkts. 51, 60), Defendant Booz Allen Hamilton Inc.'s Motion to Dismiss (Dkt. 54), and Defendant Fairfax County School Board's Motion to Dismiss (Dkt. 57). Plaintiff is proceeding *pro se*. Plaintiff noticed a hearing on her Emergency Motion for October 22, 2026. Dkt. 107.

Plaintiff's Emergency Motion requests that the Court schedule oral argument on Defendants' motions to dismiss and seeks a status conference on October 22, 2026 "for the express purpose of determining a definitive hearing date for oral argument." Dkt. 106 at 5. On August 26, 2026, upon a motion by Plaintiff, the Court terminated the hearing on Defendants' motions to dismiss. Dkt. 94. Following this, in an order dated September 4, 2026, the Court stated that it would determine at a later date whether it would reset the hearing or decide the motions on the papers. Dkt. 98. The Court has determined that oral argument will not aid its decisional process, and it will instead resolve the motions to dismiss on the papers. *See* Fed. R. Civ. P. 78(b); E.D. Va. Loc. Civ. R. 7(J).

Plaintiff's Emergency Motion also seeks an order that "no hearings, mandatory conferences, or procedural deadlines requiring action by Plaintiff shall be scheduled or enforced during Plaintiff's declared winter travel window outside of the country spanning December 5, 2026, through January 16, 2026." Dkt. 106 at 5. The Court will not issue an order to accommodate Plaintiff's travel schedule.

Accordingly, it is hereby

**ORDERED** that Plaintiff's Emergency Motion (Dkt. 106) is **DENIED**; it is further

**ORDERED** that no hearing on Plaintiff's Emergency Motion (Dkt. 106) is required; and it is further

**ORDERED** that no hearing on Defendants' motions to dismiss (Dkts. 51, 54, 57, 60) is required, and the Court will resolve the motions on the papers.

Entered this 19th day of October, 2026.
Alexandria, Virginia

/s/
**Patricia Tolliver Giles**
**United States District Judge**